# EXHIBIT 3

Case: 1:18-op-45773-DAP Doc #: 1-4 Filed: 07/02/18 2 of 95. PageID #: 354

Print

# CASE INFORMATION

## CV-18-898654 CITY OF PARMA HEIGHTS vs. PURDUE PHARMA L.P., ET AL.

Docket Information

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 07/02/2018 | N/A | JE | THE DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT IS GRANTED. THE DISTRIBUTOR DEFENDANTS SHALL HAVE UNTIL AND INCLUDING SEPTEMBER 3, 2018 TO SERVE THEIR RESPONSIVE MOTIONS OR PLEADINGS. THIS ENTRY TAKEN BY JUDGE MICHAEL E JACKSON. NOTICE ISSUED | 📄 |
| 07/02/2018 | D | NT | NOTICE OF APPEARANCE, FILED DEFENDANT(S) PERRY FINE(D26), SCOTT FISHMAN(D27) and LYNN WEBSTER(D28) TYLER G TARNEY 0089082. NOTICE OF APPEARANCE | 📄 |
| 06/27/2018 | D | MO | MOTION FOR EXTENSION OF TIME CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT | 📄 |
| 06/27/2018 | N/A | JE | DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT IS GRANTED. OSJ. NOTICE ISSUED | 📄 |
| 06/25/2018 | D | MO | MOTION FOR EXTENSION OF TIME DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT | 📄 |
| 06/22/2018 | N/A | JE | DEFENDANT MIAMI-LUKEN'S (D25) UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT IS GRANTED. OSJ. NOTICE ISSUED | 📄 |
| 06/20/2018 | N/A | JE | CAPTIONED CASE BEING ORIGINALLY ASSIGNED TO JUDGE DAVID T MATIA (329) AND FOR GOOD CAUSE SHOWN, THIS MATTER IS HEREBY REASSIGNED AND TRANSFERRED TO THE DOCKET OF JUDGE TIMOTHY MCCORMICK (316) FOR FURTHER PROCEEDINGS ACCORDING TO LAW. NOTICE ISSUED | 📄 |
| 06/18/2018 | D18 | NT | NOTICE OF APPEARANCE, FILED D18 MCKESSON CORPORATION VINCENT I. HOLZHALL 0074901. | 📄 |
| 06/18/2018 | D25 | MO | MOTION FOR EXTENSION OF TIME DEFENDANT MIAMI-LUKEN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT | 📄 |
| 06/18/2018 | D25 | NT | NOTICE OF APPEARANCE, FILED D25 MIAMI-LUKEN, INC. JENNIFER ARMSTRONG 0081090. NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MIAMI-LUKEN, INC. | 📄 |
| 06/14/2018 | N/A | SR | FX RECEIPT NO. 35532197 RETURNED 6/5/2018 FAILURE OF SERVICE ON PARTY AMERISOURCEBERGEN CORPORATION - BAD ADDRESS AFTER 8 DAYS | |
| 06/09/2018 | N/A | SR | FEDEX RECEIPT NO. 35532182 DELIVERED BY FEDEX 06/08/2018 CEPHALON INC. PROCESSED BY COC 06/09/2018. | |
| 06/09/2018 | N/A | SR | FEDEX RECEIPT NO. 35532181 DELIVERED BY FEDEX 06/08/2018 TEVA PHARMACEUTICALS USA, INC. PROCESSED BY COC 06/09/2018. | |
| 06/08/2018 | N/A | SR | FEDEX RECEIPT NO. 35532205 DELIVERED BY FEDEX 06/06/2018 WEBSTER/LYNN/ PROCESSED BY COC 06/08/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532365 DELIVERED BY FEDEX 06/06/2018 RITEAID OF MARYLAND, INC. PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532204 DELIVERED BY FEDEX 06/06/2018 FISHMAN/SCOTT/ PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532203 DELIVERED BY FEDEX 06/06/2018 FINE/PERRY/ PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532202 DELIVERED BY FEDEX 06/06/2018 MIAMI-LUKEN, INC. PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532199 DELIVERED BY FEDEX 06/06/2018 WALGREENS BOOTS ALLIANCE, INC. PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532196 DELIVERED BY FEDEX 06/06/2018 CARDINAL HEALTH, INC. PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532192 DELIVERED BY FEDEX 06/06/2018 ACTAVIS PHARMA, INC. PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532191 DELIVERED BY FEDEX 06/06/2018 ACTAVIS LLC PROCESSED BY COC 06/07/2018. | |

| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532190 DELIVERED BY FEDEX 06/06/2018 WATSON LABORATORIES, INC. PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532189 DELIVERED BY FEDEX 06/06/2018 ACTAVIS, INC. PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532188 DELIVERED BY FEDEX 06/06/2018 ALLERGAN PLC PROCESSED BY COC 06/07/2018. | |
| 06/07/2018 | N/A | SR | FEDEX RECEIPT NO. 35532183 DELIVERED BY FEDEX 06/06/2018 JOHNSON & JOHNSON PROCESSED BY COC 06/07/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532364 DELIVERED BY FEDEX 06/05/2018 WAL-MART INC. PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532198 DELIVERED BY FEDEX 06/05/2018 CVS HEALTH CORPORATION PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532194 DELIVERED BY FEDEX 06/05/2018 INSYS THERAPEUTICS, INC. PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532193 DELIVERED BY FEDEX 06/05/2018 ENDO HEALTH SOLUTIONS INC. PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532187 DELIVERED BY FEDEX 06/05/2018 ENDO PHARMACEUTICALS, INC. PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532186 DELIVERED BY FEDEX 06/05/2018 JANSSEN PHARMACEUTICA, INC. PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532185 DELIVERED BY FEDEX 06/05/2018 ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532184 DELIVERED BY FEDEX 06/05/2018 JANSSEN PHARMACEUTICALS, INC. PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532180 DELIVERED BY FEDEX 06/05/2018 PURDUE FREDERICK COMPANY, INC. PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532179 DELIVERED BY FEDEX 06/05/2018 PURDUE PHARMA INC. PROCESSED BY COC 06/06/2018. | |
| 06/06/2018 | N/A | SR | FEDEX RECEIPT NO. 35532178 DELIVERED BY FEDEX 06/05/2018 PURDUE PHARMA LP PROCESSED BY COC 06/06/2018. | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | D24 | CS | WRIT FEE | |
| 06/01/2018 | D24 | SR | SUMS COMPLAINT(35532365) SENT BY FEDERAL EXPRESS. TO: RITEAID OF MARYLAND, INC. 101 REISTERSTOWN ROAD PIKESVILLE, MD 21208-0000 | 📄 |
| 06/01/2018 | D23 | CS | WRIT FEE | |
| 06/01/2018 | D23 | SR | SUMS COMPLAINT(35532364) SENT BY FEDERAL EXPRESS. TO: WAL-MART INC. 702 SW 8TH STREET BENTONVILLE, AR 72716-0000 | 📄 |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | D28 | CS | WRIT FEE | |
| 06/01/2018 | D28 | SR | SUMS COMPLAINT(35532205) SENT BY FEDERAL EXPRESS. TO: LYNN WEBSTER 3838 S. 700 E #202 SALT LAKE CITY, UT 84106 | 📄 |
| 06/01/2018 | D27 | CS | WRIT FEE | |
| 06/01/2018 | D27 | SR | SUMS COMPLAINT(35532204) SENT BY FEDERAL EXPRESS. TO: SCOTT FISHMAN 2221 STOCKTON BLVD. SACRAMENTO, CA 95817 | 📄 |
| 06/01/2018 | D26 | CS | WRIT FEE | |
| 06/01/2018 | D26 | SR | SUMS COMPLAINT(35532203) SENT BY FEDERAL EXPRESS. TO: PERRY FINE 615 ARAPEEN WAY, SUITE 155 SALT LAKE CITY, UT 84132 | 📄 |
| 06/01/2018 | D25 | CS | WRIT FEE | |
| 06/01/2018 | D25 | SR | SUMS COMPLAINT(35532202) SENT BY FEDERAL EXPRESS. TO: MIAMI-LUKEN, INC. 265 PIONEER BLVD. SPRINGBORO, OH 45066 | 📄 |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |

| 06/01/2018 | D22 | CS | WRIT FEE | |
| 06/01/2018 | D22 | SR | SUMS COMPLAINT(35532199) SENT BY FEDERAL EXPRESS. TO: WALGREENS BOOTS ALLIANCE, INC. 108 WILMOT ROAD DEERFIELD, IL 60015 | 📄 |
| 06/01/2018 | D21 | CS | WRIT FEE | |
| 06/01/2018 | D21 | SR | SUMS COMPLAINT(35532198) SENT BY FEDERAL EXPRESS. TO: CVS HEALTH CORPORATION 1 CVS DRIVE WOONSOCKET, RI 02895 | 📄 |
| 06/01/2018 | D20 | CS | WRIT FEE | |
| 06/01/2018 | D20 | SR | SUMS COMPLAINT(35532197) SENT BY FEDERAL EXPRESS. TO: AMERISOURCEBERGEN CORPORATION 1300 EAST NINTH STREET CLEVELAND, OH 44114 | 📄 |
| 06/01/2018 | D19 | CS | WRIT FEE | |
| 06/01/2018 | D19 | SR | SUMS COMPLAINT(35532196) SENT BY FEDERAL EXPRESS. TO: CARDINAL HEALTH, INC. 7000 CARDINAL PLACE DUBLIN, OH 43017 | 📄 |
| 06/01/2018 | D18 | CS | WRIT FEE | |
| 06/01/2018 | D18 | SR | SUMS COMPLAINT(35532195) SENT BY FEDERAL EXPRESS. TO: MCKESSON CORPORATION 50 WEST BROAD STREET, SUITE 1330 COLUMBUS, OH 43215 | 📄 |
| 06/01/2018 | D17 | CS | WRIT FEE | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | D17 | SR | SUMS COMPLAINT(35532194) SENT BY FEDERAL EXPRESS. TO: INSYS THERAPEUTICS, INC. 1333 S. SPECTRUM BLVD., #100 CHANDLER, AZ 85286 | 📄 |
| 06/01/2018 | D16 | CS | WRIT FEE | |
| 06/01/2018 | D16 | SR | SUMS COMPLAINT(35532193) SENT BY FEDERAL EXPRESS. TO: ENDO HEALTH SOLUTIONS INC. C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 | 📄 |
| 06/01/2018 | D15 | CS | WRIT FEE | |
| 06/01/2018 | D15 | SR | SUMS COMPLAINT(35532192) SENT BY FEDERAL EXPRESS. TO: ACTAVIS PHARMA, INC. C/O CORP. CREATIONS NETWORK INC. 119 E. COURT STREET CINCINNATI, OH 45202 | 📄 |
| 06/01/2018 | D14 | CS | WRIT FEE | |
| 06/01/2018 | D14 | SR | SUMS COMPLAINT(35532191) SENT BY FEDERAL EXPRESS. TO: ACTAVIS LLC C/O CORP. CREATIONS NETWORK INC. 119 E. COURT STREET CINCINNATI, OH 45202 | 📄 |
| 06/01/2018 | D13 | CS | WRIT FEE | |
| 06/01/2018 | D13 | SR | SUMS COMPLAINT(35532190) SENT BY FEDERAL EXPRESS. TO: WATSON LABORATORIES, INC. C/O CORP. CREATIONS NETWORK INC. 119 E. COURT STREET CINCINNATI, OH 45202 | 📄 |
| 06/01/2018 | D12 | CS | WRIT FEE | |
| 06/01/2018 | D12 | SR | SUMS COMPLAINT(35532189) SENT BY FEDERAL EXPRESS. TO: ACTAVIS, INC. C/O CORP. CREATIONS NETWORK, INC. 119 E. COURT STREET CINCINNATI, OH 45202 | 📄 |
| 06/01/2018 | D11 | CS | WRIT FEE | |
| 06/01/2018 | D11 | SR | SUMS COMPLAINT(35532188) SENT BY FEDERAL EXPRESS. TO: ALLERGAN PLC C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY, SUITE 125 COLUMBUS, OH 43215 | 📄 |
| 06/01/2018 | D10 | CS | WRIT FEE | |
| 06/01/2018 | D10 | SR | SUMS COMPLAINT(35532187) SENT BY FEDERAL EXPRESS. TO: ENDO PHARMACEUTICALS, INC. C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 | 📄 |
| 06/01/2018 | D9 | CS | WRIT FEE | |
| 06/01/2018 | D9 | SR | SUMS COMPLAINT(35532186) SENT BY FEDERAL EXPRESS. TO: JANSSEN PHARMACEUTICA, INC. 116 PINE STREET, SUITE 320 HARRISBURG, PA 17101 | 📄 |
| 06/01/2018 | D8 | CS | WRIT FEE | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST | |

Case: 1:18-op-45773-DAP   Doc #: 1-4 Filed: 07/02/18   5 of 95.   PageID #: 357

| | | | |
|---|---|---|---|
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/01/2018 | D8 | SR | SUMS COMPLAINT(35532185) SENT BY FEDERAL EXPRESS. TO: ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. 116 PINE STREET, SUITE 320 HARRISBURG, PA 17101 |
| 06/01/2018 | D7 | CS | WRIT FEE |
| 06/01/2018 | D7 | SR | SUMS COMPLAINT(35532184) SENT BY FEDERAL EXPRESS. TO: JANSSEN PHARMACEUTICALS, INC. 116 PINE STREET, SUITE 320 HARRISBURG, PA 17101 |
| 06/01/2018 | D6 | CS | WRIT FEE |
| 06/01/2018 | D6 | SR | SUMS COMPLAINT(35532183) SENT BY FEDERAL EXPRESS. TO: JOHNSON & JOHNSON ONE JOHNSON & JOHNSON PLAZA NEW BRUNSWICK, NJ 08933 |
| 06/01/2018 | D5 | CS | WRIT FEE |
| 06/01/2018 | D5 | SR | SUMS COMPLAINT(35532182) SENT BY FEDERAL EXPRESS. TO: CEPHALON INC. C/O CORP. CREATIONS NETWORK INC. 3411 SILVERSIDE ROAD WILMINGTON, DE 19810 |
| 06/01/2018 | D4 | CS | WRIT FEE |
| 06/01/2018 | D4 | SR | SUMS COMPLAINT(35532181) SENT BY FEDERAL EXPRESS. TO: TEVA PHARMACEUTICALS USA, INC. C/O CORP. CREATIONS NETWORK INC. 3411 SILVERSIDE ROAD WILMINGTON, DE 19810 |
| 06/01/2018 | D3 | CS | WRIT FEE |
| 06/01/2018 | D3 | SR | SUMS COMPLAINT(35532180) SENT BY FEDERAL EXPRESS. TO: PURDUE FREDERICK COMPANY, INC. C/O THE PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 |
| 06/01/2018 | D2 | CS | WRIT FEE |
| 06/01/2018 | D2 | SR | SUMS COMPLAINT(35532179) SENT BY FEDERAL EXPRESS. TO: PURDUE PHARMA INC. C/O THE PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 |
| 06/01/2018 | D1 | CS | WRIT FEE |
| 06/01/2018 | N/A | SR | SUMMONS E-FILE COPY COST |
| 06/01/2018 | D1 | SR | SUMS COMPLAINT(35532178) SENT BY FEDERAL EXPRESS. TO: PURDUE PHARMA LP C/O THE PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 |
| 05/31/2018 | N/A | SF | JUDGE DAVID T MATIA ASSIGNED (RANDOM) |
| 05/31/2018 | P1 | SF | ADDITIONAL DEPOSIT FOR SERVICE, OVER 5 DEFENDANTS $90 |
| 05/31/2018 | P1 | SF | LEGAL RESEARCH |
| 05/31/2018 | P1 | SF | LEGAL NEWS |
| 05/31/2018 | P1 | SF | LEGAL AID |
| 05/31/2018 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 05/31/2018 | P1 | SF | COMPUTER FEE |
| 05/31/2018 | P1 | SF | CLERK'S FEE |
| 05/31/2018 | P1 | SF | DEPOSIT AMOUNT PAID JOHN R CLIMACO |
| 05/31/2018 | N/A | SF | CASE FILED: COMPLAINT |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
For questions/comments please click here.
Copyright © 2018 PROWARE. All Rights Reserved. 1.1.180



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227499674**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | W.LILLEY | **Delivery location:** | 251 LITTLE FALLS DR WILMINGTON, DE 19808 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 5, 2018 09:31 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227499674 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
PURDUE PHARMA LP
C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | |
|---|---|
| **Reference** | CV18898654 |
| **Invoice number** | 35532178 |

Thank you for choosing FedEx.

CV18898654 / 35532178 / PURDUE PHARMA LP / 2018-6-6 05:28

**SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D1 FX | 35532178 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

| | |
|---|---|
| CITY OF PARMA HEIGHTS | **PLAINTIFF** |
| VS | |
| PURDUE PHARMA L.P., ET AL. | **DEFENDANT** |

## SUMMONS

PURDUE PHARMA LP
C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON DE 19808

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300
CLEVELAND, OH 44113-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy



COMPLAINT FILED   05/31/2018

CMSN130



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227500833**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | W.LILLEY | **Delivery location:** | 251 LITTLE FALLS DR |
| | | | WILMINGTON, DE 19808 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 5, 2018 09:31 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227500833 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
PURDUE PHARMA INC.
C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | |
|---|---|
| **Reference** | CV18898654 |
| **Invoice number** | 35532179 |

Thank you for choosing FedEx.

CV18898654 / 35532179 / PURDUE PHARMA INC. / 2018-6-6 05:29

**SUMMONS IN A CIVIL ACTION     COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D2 FX | 35532179 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

CITY OF PARMA HEIGHTS
**VS**
PURDUE PHARMA L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

# SUMMONS

PURDUE PHARMA INC.
C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON DE 19808

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



Plaintiff's Attorney

MICHAEL W CZACK
1360 WEST 9TH STREET   SUITE 300

CLEVELAND, OH 44113-0000

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018

CMSN130



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227501564**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | W.LILLEY | **Delivery location:** | 251 LITTLE FALLS DR |
| | | | WILMINGTON, DE 19808 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 5, 2018 09:31 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227501564 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
PURDUE FREDERICK COMPANY, INC.
C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | | | |
|---|---|---|---|
| **Reference** | | CV18898654 | |
| **Invoice number** | | 35532180 | |

Thank you for choosing FedEx.

---

**SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113**

| CASE NO. | | SUMMONS NO. | Rule 4 (B) Ohio |
|---|---|---|---|
| CV18898654 | D3 FX | 35532180 | Rules of Civil Procedure |

| CITY OF PARMA HEIGHTS | **PLAINTIFF** |
|---|---|
| VS | |
| PURDUE PHARMA L.P., ET AL. | **DEFENDANT** |

**SUMMONS**

PURDUE FREDERICK COMPANY, INC.
C/O THE PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON DE 19808

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT | |
|---|---|
| Jun 1, 2018 | |

By_____
Deputy



COMPLAINT FILED   05/31/2018

CMSN130



June 9,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227502012**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.AGNEA | **Delivery location:** | C O CORP  CREATIONS NETWORK IN |
| | | | WILMINGTON, DE 19810 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 8, 2018 16:18 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227502012 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| TEVA PHARMACEUTICALS USA, INC. | CCoC |
| C/O CORP. CREATIONS NETWORK INC. | 1200 Ontario |
| 3411 SILVERSIDE ROAD | Cleveland, OH 44113 US |
| WILMINGTON, DE 19810 US | |
| **Reference** | CV18898654 |
| **Invoice number** | 35532181 |

Thank you for choosing FedEx.

CV18898654 / 35532181 / TEVA PHARMACEUTICALS USA, INC. / 2018-6-9 05:27

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D4 FX | 35532181 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

| | |
|---|---|
| CITY OF PARMA HEIGHTS<br>VS<br>PURDUE PHARMA L.P., ET AL. | **PLAINTIFF**<br><br>**DEFENDANT** |

## SUMMONS

```
TEVA PHARMACEUTICALS USA, INC.
C/O CORP. CREATIONS NETWORK INC.
3411 SILVERSIDE ROAD
WILMINGTON DE 19810
```

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Said answer is required to be served on:**



**Plaintiff's Attorney**

```
MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000
```

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

```
DAVID T MATIA
```
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By _____
         Deputy

COMPLAINT FILED   05/31/2018

CMSN130



June 9,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227503990**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.AGNEA | **Delivery location:** | C O CORP  CREATIONS NETWORK IN |
| | | | WILMINGTON, DE 19810 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 8, 2018 16:18 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227503990 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| CEPHALON INC. | CCoC |
| C/O CORP. CREATIONS NETWORK INC. | 1200 Ontario |
| 3411 SILVERSIDE ROAD | Cleveland, OH 44113 US |
| WILMINGTON, DE 19810 US | |
| **Reference** | CV18898654 |
| **Invoice number** | 35532182 |

Thank you for choosing FedEx.

CV18898654 / 35532182 / CEPHALON INC. / 2018-6-9 05:27

**SUMMONS IN A CIVIL ACTION   COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D5 FX | 35532182 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

CITY OF PARMA HEIGHTS
VS
PURDUE PHARMA L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

# SUMMONS

CEPHALON INC.
C/O CORP. CREATIONS NETWORK INC.
3411 SILVERSIDE ROAD
WILMINGTON DE 19810

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Said answer is required to be served on:**



Plaintiff's Attorney

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018

CMSN130



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227505272**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | M.MARTIN RIZZI | **Delivery location:** | 1 JOHNSON AND JOHNSON PLZ |
| | | | NEW BRUNSWICK, NJ 08933 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 6, 2018 09:00 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227505272 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| JOHNSON & JOHNSON | CCoC |
| ONE JOHNSON & JOHNSON PLAZA | 1200 Ontario |
| NEW BRUNSWICK, NJ 08933 US | Cleveland, OH 44113 US |
| **Reference** | CV18898654 |
| **Invoice number** | 35532183 |

Thank you for choosing FedEx.

CV18898654 / 35532183 / JOHNSON & JOHNSON / 2018-6-7 05:24

| **CASE NO.** | | **SUMMONS NO.** | |
|---|---|---|---|
| CV18898654 | D6 FX | 35532183 | |

Rule 4 (B) Ohio

Rules of Civil
Procedure

|  |  |
|---|---|
| CITY OF PARMA HEIGHTS | **PLAINTIFF** |
| VS | |
| PURDUE PHARMA L.P., ET AL. | **DEFENDANT** |

## SUMMONS

JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK NJ 08933

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



Plaintiff's Attorney

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227505754**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.MARKS | **Delivery location:** | 600 N  2ND STREET401 |
| | | | HARRISBURG, PA 17101 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 5, 2018 09:39 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227505754 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG, PA 17101 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | |
|---|---|
| **Reference** | CV18898654 |
| **Invoice number** | 35532184 |

Thank you for choosing FedEx.

**SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D7 FX | 35532184 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

CITY OF PARMA HEIGHTS
**VS**
PURDUE PHARMA L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

**SUMMONS**

JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG PA 17101

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018

CMSN130



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227506327**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.MARKS | **Delivery location:** | 600 N  2ND STREET401 |
| | | | HARRISBURG, PA 17101 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 5, 2018 09:39 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227506327 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL | CCoC |
| NKA JANSSEN PHARMACEUTICALS, INC. | 1200 Ontario |
| 116 PINE STREET, SUITE 320 | Cleveland, OH 44113 US |
| HARRISBURG, PA 17101 US | |

| **Reference** | CV18898654 |
|---|---|
| **Invoice number** | 35532185 |

Thank you for choosing FedEx.

| **CASE NO.** | | **SUMMONS NO.** | Rule 4 (B) Ohio |
|---|---|---|---|
| CV18898654 | D8 FX | 35532185 | Rules of Civil Procedure |

|  |
|---|
| CITY OF PARMA HEIGHTS **PLAINTIFF** |
| VS |
| PURDUE PHARMA L.P., ET AL. **DEFENDANT** |

**SUMMONS**

ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
NKA JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG PA 17101

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Said answer is required to be served on:**



Plaintiff's Attorney

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 1, 2018 |

By _____
Deputy

COMPLAINT FILED   05/31/2018



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227508260**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.MARKS | **Delivery location:** | 600 N 2ND STREET401 |
| | | | HARRISBURG, PA 17101 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 5, 2018 09:39 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227508260 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
JANSSEN PHARMACEUTICA, INC.
NKA JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG, PA 17101 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | | |
|---|---|---|
| **Reference** | | CV18898654 |
| **Invoice number** | | 35532186 |

Thank you for choosing FedEx.

CV18898654 / 35532186 / JANSSEN PHARMACEUTICA, INC. / 2018-6-6 05:29

# SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
## CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D9 FX | 35532186 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

CITY OF PARMA HEIGHTS  **PLAINTIFF**
VS
PURDUE PHARMA L.P., ET AL.  **DEFENDANT**

## SUMMONS

JANSSEN PHARMACEUTICA, INC.
NKA JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG PA 17101

**You have been named defendant in a sums**
**complaint (copy attached hereto) filed in Cuyahoga**
**County Court of Common Pleas, Cuyahoga County**
**Justice Center, Cleveland, Ohio 44113, by the**
**plaintiff named herein.**

**You are hereby summoned and required to answer**
**the complaint within 28 days after service of this**
**summons upon you, exclusive of the day of service.**

#### Said answer is required to be served on:



Plaintiff's Attorney

**Said answer is required to be served on Plaintiff's**
**Attorney (Address denoted by arrow at left.)**

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court**
**within 3 days after service of said answer on**
**plaintiff's attorney.**

**If you fail to do so, judgment by default will be**
**rendered against you for the relief demanded in the**
**complaint.**

#### Case has been assigned to Judge:

DAVID T MATIA
**Do not contact judge. Judge's name is given for**
**attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018

CMSN130



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227509039**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | A.RICE | Delivery location: | 1209 N ORANGE ST |
| | | | WILMINGTON, DE 19801 |
| Service type: | FedEx Express Saver | Delivery date: | Jun 5, 2018 10:29 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 781227509039 | Ship date: | Jun 1, 2018 |
| | | Weight: | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ENDO PHARMACEUTICALS, INC. | CCoC |
| C/O THE CORPORATION TRUST CO. | 1200 Ontario |
| 1209 ORANGE STREET | Cleveland, OH 44113 US |
| WILMINGTON, DE 19801 US | |
| **Reference** | CV18898654 |
| **Invoice number** | 35532187 |

Thank you for choosing FedEx.

CV18898654 / 35532187 / ENDO PHARMACEUTICALS, INC. / 2018-6-6 05:29

| **CASE NO.** | | **SUMMONS NO.** | Rule 4 (B) Ohio |
|---|---|---|---|
| CV18898654 | D10 FX | 35532187 | Rules of Civil Procedure |

CITY OF PARMA HEIGHTS **PLAINTIFF**
VS
PURDUE PHARMA L.P., ET AL. **DEFENDANT**

**SUMMONS**

ENDO PHARMACEUTICALS, INC.
C/O THE CORPORATION TRUST CO.
1209 ORANGE STREET
WILMINGTON DE 19801

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018

CMSN130



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227509094**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | S.SULLENGER | Delivery location: | 4400 EASTON CMNS 125 |
| | | | COLUMBUS, OH 43215 |
| Service type: | FedEx Express Saver | Delivery date: | Jun 6, 2018 09:41 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 781227509094 | Ship date: | Jun 1, 2018 |
| | | Weight: | 4.0 lbs/1.8 kg |

**Recipient:**
ALLERGAN PLC
FKA ACTAVIS PLC
C/O CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS, OH 43215 US
**Reference**
**Invoice number**

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

CV18898654
35532188

Thank you for choosing FedEx.

CV18898654 / 35532188 / ALLERGAN PLC / 2018-6-7 05:24

**SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV18898654 | D11 FX | 35532188 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

```
CITY OF PARMA HEIGHTS          PLAINTIFF
            vs
PURDUE PHARMA L.P., ET AL.     DEFENDANT
```

**SUMMONS**

```
ALLERGAN PLC
FKA ACTAVIS PLC
C/O CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125

COLUMBUS OH 43215
```

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

#### Said answer is required to be served on:



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

```
MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000
```

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

#### Case has been assigned to Judge:

```
DAVID T MATIA
```
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED    05/31/2018



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227509315**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | A.POTTSCHMIDT | Delivery location: | C O CORP  CREATIONS NETWORK IN |
| | | | CINCINNATI, OH 45202 |
| Service type: | FedEx Express Saver | Delivery date: | Jun 6, 2018 10:15 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 781227509315 | Ship date: | Jun 1, 2018 |
| | | Weight: | 4.0 lbs/1.8 kg |

Recipient:
ACTAVIS, INC.
FKA WATSON PHARMACEUTICALS, INC.
C/O CORP. CREATIONS NETWORK, INC.
119 E. COURT STREET
CINCINNATI, OH 45202 US

Shipper:
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | |
|---|---|
| Reference | CV18898654 |
| Invoice number | 35532189 |

Thank you for choosing FedEx.

CV18898654 / 35532189 / ACTAVIS, INC. / 2018-6-7 05:24

**SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D12 FX | 35532189 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

| CITY OF PARMA HEIGHTS | **PLAINTIFF** |
|---|---|
| VS | |
| PURDUE PHARMA L.P., ET AL. | **DEFENDANT** |

## SUMMONS

ACTAVIS, INC.
FKA WATSON PHARMACEUTICALS, INC.
C/O CORP. CREATIONS NETWORK, INC.
119 E. COURT STREET

CINCINNATI OH 45202

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Said answer is required to be served on:**



**Plaintiff's Attorney**

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT | |
|---|---|
| Jun 1, 2018 | |

By_____
Deputy

COMPLAINT FILED    05/31/2018



CMSN130



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227510260**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | A.POTTSCHMIDT | **Delivery location:** | C O CORP  CREATIONS NETWORK IN |
| | | | CINCINNATI, OH 45202 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 6, 2018 10:15 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227510260 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| WATSON LABORATORIES, INC. | CCoC |
| C/O CORP. CREATIONS NETWORK INC. | 1200 Ontario |
| 119 E. COURT STREET | Cleveland, OH 44113 US |
| CINCINNATI, OH 45202 US | |

| **Reference** | CV18898654 |
|---|---|
| **Invoice number** | 35532190 |

Thank you for choosing FedEx.

CV18898654 / 35532190 / WATSON LABORATORIES, INC. / 2018-6-7 05:24

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D13 FX | 35532190 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

CITY OF PARMA HEIGHTS     **PLAINTIFF**
            **vs**

PURDUE PHARMA L.P., ET AL.     **DEFENDANT**

## SUMMONS

WATSON LABORATORIES, INC.
C/O CORP. CREATIONS NETWORK INC.
119 E. COURT STREET
CINCINNATI OH 45202

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Said answer is required to be served on:**



Plaintiff's Attorney

MICHAEL W CZACK
1360 WEST 9TH STREET   SUITE 300

CLEVELAND, OH 44113-0000

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By _____
           Deputy

COMPLAINT FILED   05/31/2018





June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227510812**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | A.POTTSCHMIDT | **Delivery location:** | C O CORP CREATIONS NETWORK IN |
| | | | CINCINNATI, OH 45202 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 6, 2018 10:15 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227510812 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ACTAVIS LLC | CCoC |
| C/O CORP. CREATIONS NETWORK INC. | 1200 Ontario |
| 119 E. COURT STREET | Cleveland, OH 44113 US |
| CINCINNATI, OH 45202 US | |
| **Reference** | CV18898654 |
| **Invoice number** | 35532191 |

Thank you for choosing FedEx.

CV18898654 / 35532191 / ACTAVIS LLC / 2018-6-7 05:24

| **CASE NO.** | | | **SUMMONS NO.** | | Rule 4 (B) Ohio |
|---|---|---|---|---|---|
| CV18898654 | D14 FX | | 35532191 | | |

Rules of Civil
Procedure

| | |
|---|---|
| CITY OF PARMA HEIGHTS<br>VS<br>PURDUE PHARMA L.P., ET AL. | **PLAINTIFF**<br><br>**DEFENDANT** |

**SUMMONS**

| |
|---|
| ACTAVIS LLC<br>C/O CORP. CREATIONS NETWORK INC.<br>119 E. COURT STREET<br>CINCINNATI OH 45202 |

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

**Said answer is required to be served on:**



You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

Plaintiff's Attorney

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

| |
|---|
| MICHAEL W CZACK<br>1360 WEST 9TH STREET   SUITE 300<br><br>CLEVELAND, OH 44113-0000 |

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

| |
|---|
| DAVID T MATIA<br>**Do not contact judge. Judge's name is given for**<br>**attorney's reference only.** |



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227510948**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | A.POTTSCHMIDT | **Delivery location:** | C O CORP  CREATIONS NETWORK IN |
| | | | CINCINNATI, OH 45202 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 6, 2018 10:15 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227510948 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
ACTAVIS PHARMA, INC.
FKA WATSON PHARMA, INC.
C/O CORP. CREATIONS NETWORK INC.
119 E. COURT STREET
CINCINNATI, OH 45202 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**             CV18898654
**Invoice number**        35532192

Thank you for choosing FedEx.

CV18898654 / 35532192 / ACTAVIS PHARMA, INC. / 2018-6-7 05:24

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D15 FX | 35532192 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

|  |  |
|---|---|
| CITY OF PARMA HEIGHTS<br>VS<br>PURDUE PHARMA L.P., ET AL. | **PLAINTIFF**<br><br>**DEFENDANT** |

**SUMMONS**

ACTAVIS PHARMA, INC.
FKA WATSON PHARMA, INC.
C/O CORP. CREATIONS NETWORK INC.
119 E. COURT STREET

CINCINNATI OH 45202

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED    05/31/2018

CMSN130



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227511955**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | **Delivered to:** | Receptionist/Front Desk |
| Signed for by: | A.RICE | **Delivery location:** | 1209 N ORANGE ST |
| | | | WILMINGTON, DE 19801 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 5, 2018 10:29 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227511955 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
ENDO HEALTH SOLUTIONS INC.
C/O THE CORPORATION TRUST CO.
1209 ORANGE STREET
WILMINGTON, DE 19801 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**          CV18898654
**Invoice number**     35532193

Thank you for choosing FedEx.

CV18898654 / 35532193 / ENDO HEALTH SOLUTIONS INC. / 2018-6-6 05:29

# SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
## CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D16 FX | 35532193 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

CITY OF PARMA HEIGHTS **PLAINTIFF**
VS
PURDUE PHARMA L.P., ET AL. **DEFENDANT**

## SUMMONS

ENDO HEALTH SOLUTIONS INC.
C/O THE CORPORATION TRUST CO.
1209 ORANGE STREET
WILMINGTON DE 19801

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



Plaintiff's Attorney

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018



CMSN130



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227512767**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | T.WEBB | **Delivery location:** | 1333 S SPECTRUM BLVD 100 |
| | | | CHANDLER, AZ 85286 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 5, 2018 09:46 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227512767 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| INSYS THERAPEUTICS, INC. | CCoC |
| 1333 S. SPECTRUM BLVD., #100 | 1200 Ontario |
| CHANDLER, AZ 85286 US | Cleveland, OH 44113 US |
| **Reference** | CV18898654 |
| **Invoice number** | 35532194 |

Thank you for choosing FedEx.

CV18898654 / 35532194 / INSYS THERAPEUTICS, INC. / 2018-6-6 05:29

**SUMMONS IN A CIVIL ACTION      COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D17 FX | 35532194 |

Rule 4 (B) Ohio

Rules of Civil Procedure

CITY OF PARMA HEIGHTS **PLAINTIFF**
VS
PURDUE PHARMA L.P., ET AL. **DEFENDANT**

# SUMMONS

INSYS THERAPEUTICS, INC.
1333 S. SPECTRUM BLVD., #100
CHANDLER AZ 85286

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy



COMPLAINT FILED   05/31/2018

CMSN130

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D18 FX | 35532195 |

Rule 4 (B) Ohio

Rules of Civil Procedure

---

| CITY OF PARMA HEIGHTS | **PLAINTIFF** |
| VS | |
| PURDUE PHARMA L.P., ET AL. | **DEFENDANT** |

## SUMMONS

---

MCKESSON CORPORATION
50 WEST BROAD STREET, SUITE 1330
COLUMBUS OH 43215

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Plaintiff's Attorney**

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____

Deputy

COMPLAINT FILED    05/31/2018



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227513796**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | D.SMITH | **Delivery location:** | 7000 CARDINAL PL |
| | | | DUBLIN, OH 43017 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 6, 2018 09:10 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227513796 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| CARDINAL HEALTH, INC. | CCoC |
| 7000 CARDINAL PLACE | 1200 Ontario |
| DUBLIN, OH 43017 US | Cleveland, OH 44113 US |
| **Reference** | CV18898654 |
| **Invoice number** | 35532196 |

Thank you for choosing FedEx.

CV18898654 / 35532196 / CARDINAL HEALTH, INC. / 2018-6-7 05:24

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D19 FX | 35532196 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

```
CITY OF PARMA HEIGHTS          PLAINTIFF
            VS
PURDUE PHARMA L.P., ET AL.     DEFENDANT
```

## SUMMONS

```
CARDINAL HEALTH, INC.
7000 CARDINAL PLACE
DUBLIN OH 43017
```

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

#### Said answer is required to be served on:



Plaintiff's Attorney

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

```
MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000
```

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

#### Case has been assigned to Judge:

```
DAVID T MATIA
```
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
    Deputy

COMPLAINT FILED    05/31/2018

CMSN130

| **CASE NO.** | | **SUMMONS NO.** | |
|---|---|---|---|
| CV18898654 | D20 FX | 35532197 | |

Rule 4 (B) Ohio

Rules of Civil
Procedure

| CITY OF PARMA HEIGHTS | **PLAINTIFF** |
|---|---|
| VS | |
| PURDUE PHARMA L.P., ET AL. | **DEFENDANT** |

## SUMMONS

AMERISOURCEBERGEN CORPORATION
1300 EAST NINTH STREET
CLEVELAND OH 44114

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

#### Said answer is required to be served on:



**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Plaintiff's Attorney**

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

MICHAEL W CZACK
1360 WEST 9TH STREET   SUITE 300

CLEVELAND, OH 44113-0000

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

#### Case has been assigned to Judge:

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 1, 2018 |

By_____

Deputy

COMPLAINT FILED   05/31/2018



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227515593**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | N.PRYMAK | **Delivery location:** | 1 CVS DR |
| | | | WOONSOCKET, RI 02895 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 5, 2018 08:50 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227515593 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| CVS HEALTH CORPORATION | CCoC |
| 1 CVS DRIVE | 1200 Ontario |
| WOONSOCKET, RI 02895 US | Cleveland, OH 44113 US |
| **Reference** | CV18898654 |
| **Invoice number** | 35532198 |

Thank you for choosing FedEx.

CV18898654 / 35532198 / CVS HEALTH CORPORATION / 2018-6-6 05:29

**SUMMONS IN A CIVIL ACTION     COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D21 FX | 35532198 |

Rule 4 (B) Ohio

Rules of Civil Procedure

| | |
|---|---|
| CITY OF PARMA HEIGHTS<br>**VS**<br>PURDUE PHARMA L.P., ET AL. | **PLAINTIFF**<br><br>**DEFENDANT** |

**SUMMONS**

CVS HEALTH CORPORATION
1 CVS DRIVE
WOONSOCKET RI 02895

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018

CMSN130



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227515663**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | J.CABLE | Delivery location: | 300 WILMOT RD |
| | | | DEERFIELD, IL 60015 |
| Service type: | FedEx Express Saver | Delivery date: | Jun 6, 2018 09:32 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 781227515663 | Ship date: | Jun 1, 2018 |
| | | Weight: | 4.0 lbs/1.8 kg |

**Recipient:**
WALGREENS BOOTS ALLIANCE, INC.
AKA WALGREEN CO.
108 WILMOT ROAD
DEERFIELD, IL 60015 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | |
|---|---|
| **Reference** | CV18898654 |
| **Invoice number** | 35532199 |

Thank you for choosing FedEx.

CV18898654 / 35532199 / WALGREENS BOOTS ALLIANCE, INC. / 2018-6-7 05:24

# SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

| **CASE NO.** | | **SUMMONS NO.** | Rule 4 (B) Ohio |
|---|---|---|---|
| CV18898654 | D22 FX | 35532199 | |

Rules of Civil
Procedure

CITY OF PARMA HEIGHTS    **PLAINTIFF**
VS
PURDUE PHARMA L.P., ET AL.    **DEFENDANT**

## SUMMONS

WALGREENS BOOTS ALLIANCE, INC.
AKA WALGREEN CO.
108 WILMOT ROAD
DEERFIELD IL 60015

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**Said answer is required to be served on:**



**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Plaintiff's Attorney**

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

MICHAEL W CZACK
1360 WEST 9TH STREET   SUITE 300

CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED    05/31/2018

CMSN130



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227517471**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | R.MOORE | **Delivery location:** | 265 PIONEER BLVD. |
| | | | SPRINGBORO, OH 45066 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 6, 2018 14:25 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227517471 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| MIAMI-LUKEN, INC. | CCoC |
| 265 PIONEER BLVD. | 1200 Ontario |
| SPRINGBORO, OH 45066 US | Cleveland, OH 44113 US |
| **Reference** | CV18898654 |
| **Invoice number** | 35532202 |

Thank you for choosing FedEx.

CV18898654 / 35532202 / MIAMI-LUKEN, INC. / 2018-6-7 05:24

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV18898654 | D25 FX | 35532202 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

| CITY OF PARMA HEIGHTS | **PLAINTIFF** |
|---|---|
| VS | |
| PURDUE PHARMA L.P., ET AL. | **DEFENDANT** |

**SUMMONS**

MIAMI-LUKEN, INC.
265 PIONEER BLVD.
SPRINGBORO OH 45066

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 1, 2018 |

By 
Deputy

COMPLAINT FILED   05/31/2018



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227518055**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | G.GABBY | **Delivery location:** | 615 ARAPEEN WAY SUITE 155 |
| | | | SALT LAKE CITY, UT 84132 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 6, 2018 13:21 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227518055 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
PERRY FINE
615 ARAPEEN WAY, SUITE 155
SALT LAKE CITY, UT 84132 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**
**Invoice number**

CV18898654
35532203

Thank you for choosing FedEx.

CV18898654 / 35532203 / FINE/PERRY/ / 2018-6-7 05:24

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV18898654 | D26 FX | 35532203 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

|  |  |
|---|---|
| CITY OF PARMA HEIGHTS VS PURDUE PHARMA L.P., ET AL. | **PLAINTIFF** **DEFENDANT** |

# SUMMONS

PERRY FINE
615 ARAPEEN WAY, SUITE 155
SALT LAKE CITY UT 84132

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Plaintiff's Attorney**

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED   05/31/2018



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227518938**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | E.ESTRADA | **Delivery location:** | 7301 14TH AVE |
| | | | SACRAMENTO, CA 95817 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 6, 2018 09:20 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227518938 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| SCOTT FISHMAN | CCoC |
| 2221 STOCKTON BLVD. | 1200 Ontario |
| SACRAMENTO, CA 95817 US | Cleveland, OH 44113 US |
| **Reference** | CV18898654 |
| **Invoice number** | 35532204 |

Thank you for choosing FedEx.

CV18898654 / 35532204 / FISHMAN/SCOTT/ / 2018-6-7 05:25

# SUMMONS IN A CIVIL ACTION COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D27 FX | 35532204 |

Rule 4 (B) Ohio

Rules of Civil Procedure

| | |
|---|---|
| CITY OF PARMA HEIGHTS <br> VS <br> PURDUE PHARMA L.P., ET AL. | **PLAINTIFF** <br><br> **DEFENDANT** |

## SUMMONS

SCOTT FISHMAN
2221 STOCKTON BLVD.
SACRAMENTO CA 95817

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

MICHAEL W CZACK
1360 WEST 9TH STREET SUITE 300

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Jun 1, 2018 |



By _____

Deputy

COMPLAINT FILED 05/31/2018

CMSN130



June 8,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227519901**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | G.GOODWIN | Delivery location: | 1255 E 3900 S |
| | | | SALT LAKE CITY, UT 84106 |
| Service type: | FedEx Express Saver | Delivery date: | Jun 6, 2018 15:18 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 781227519901 | Ship date: | Jun 1, 2018 |
| | | Weight: | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| LYNN WEBSTER | CCoC |
| PRA HEALTH SCIENCES | 1200 Ontario |
| 3838 S. 700 E #202 | Cleveland, OH 44113 US |
| SALT LAKE CITY, UT 84106 US | |
| **Reference** | CV18898654 |
| **Invoice number** | 35532205 |

Thank you for choosing FedEx.

CV18898654 / 35532205 / WEBSTER/LYNN/ / 2018-6-8 05:24

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV18898654 | D28 FX | 35532205 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

|  |  |
|---|---|
| CITY OF PARMA HEIGHTS<br>**VS**<br>PURDUE PHARMA L.P., ET AL. | **PLAINTIFF**<br><br>**DEFENDANT** |

**SUMMONS**

LYNN WEBSTER
PRA HEALTH SCIENCES
3838 S. 700 E #202
SALT LAKE CITY UT 84106

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



**Plaintiff's Attorney**

MICHAEL W CZACK
1360 WEST 9TH STREET   SUITE 300

CLEVELAND, OH 44113-0000

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| **DATE SENT** |
|---|
| Jun 1, 2018 |

By_____
          Deputy

COMPLAINT FILED    05/31/2018

CMSN130



June 6,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227751163**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | J.SLY | Delivery location: | 1201 MOBERLY |
| | | | BENTONVILLE, AR 72716 |
| Service type: | FedEx Express Saver | Delivery date: | Jun 5, 2018 09:21 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 781227751163 | Ship date: | Jun 1, 2018 |
| | | Weight: | 4.0 lbs/1.8 kg |

**Recipient:**
WAL-MART INC.
FKA WAL-MART STORES, INC.
702 SW 8TH STREET
BENTONVILLE, AR 72716 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | |
|---|---|
| Reference | CV18898654 |
| Invoice number | 35532364 |

Thank you for choosing FedEx.

CV18898654 / 35532364 / WAL-MART INC. / 2018-6-6 05:29

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18898654 | D23 FX | 35532364 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

| CITY OF PARMA HEIGHTS | **PLAINTIFF** |
|---|---|
| VS | |
| PURDUE PHARMA L.P., ET AL. | **DEFENDANT** |

**SUMMONS**

WAL-MART INC.
FKA WAL-MART STORES, INC.
702 SW 8TH STREET
BENTONVILLE AR 72716-0000

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

#### Said answer is required to be served on:



Plaintiff's Attorney

MICHAEL W CZACK
1360 WEST 9TH STREET  SUITE 300

CLEVELAND, OH 44113-0000

#### Case has been assigned to Judge:

DAVID T MATIA
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT |
|---|
| Jun 1, 2018 |

By__________
Deputy

COMPLAINT FILED   05/31/2018



June 7,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781227751829**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Pharmacy |
| **Signed for by:** | K.AYENSU | **Delivery location:** | 101 REISTERSTOWN RD |
| | | | PIKESVILLE, MD 21208 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jun 6, 2018 14:02 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 781227751829 | **Ship date:** | Jun 1, 2018 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
RITEAID OF MARYLAND, INC.
DBA RITEAID MID-ATLANTIC CUSTOMER S
101 REISTERSTOWN ROAD
PIKESVILLE, MD 21208 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**
**Invoice number**

CV18898654
35532365

Thank you for choosing FedEx.

**SUMMONS IN A CIVIL ACTION**     **COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV18898654 | D24 FX | 35532365 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

CITY OF PARMA HEIGHTS    **PLAINTIFF**
VS
PURDUE PHARMA L.P., ET AL.    **DEFENDANT**

# SUMMONS

RITEAID OF MARYLAND, INC.
DBA RITEAID MID-ATLANTIC CUSTOMER
SUPPORT CENTER, INC.
101 REISTERSTOWN ROAD
PIKESVILLE MD 21208-0000

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Plaintiff's Attorney**

MICHAEL W CZACK
1360 WEST 9TH STREET   SUITE 300

CLEVELAND, OH 44113-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

DAVID T MATIA
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Jun 1, 2018 |

By_____
Deputy

COMPLAINT FILED    05/31/2018



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**NOTICE OF APPEARANCE**
**June 18, 2018 12:30**

By: JENNIFER ARMSTRONG 0081090

Confirmation Nbr. 1414671

| | |
|---|---|
| CITY OF PARMA HEIGHTS | CV 18 898654 |
| vs. | |
| PURDUE PHARMA L.P., ET AL. | **Judge:**  DAVID T. MATIA |

**Pages Filed:**  2

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| THE CITY OF PARMA HEIGHTS | ) | Case No.: CV-18-898654 |
| | ) | |
| Plaintiff, | ) | JUDGE: DAVID T. MATIA |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | **OF COUNSEL FOR DEFENDANT** |
| MIAMI-LUKEN, INC., et al. | ) | **MIAMI-LUKEN, INC.** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

Please take notice that Richard H. Blake and Jennifer D. Armstrong of McDonald Hopkins LLC hereby enter an appearance as counsel of record for Defendant, Miami-Luken, Inc., in the above-captioned action.  Please serve all pleadings, notices and other papers upon the undersigned counsel.

Respectfully Submitted,

/s/ Jennifer D. Armstrong
**Richard H. Blake** (0083374)
**Jennifer D. Armstrong** (0081090)
MCDONALD HOPKINS
600 Superior Avenue, East
Suite 2100
Cleveland, OH  44114
216-348-5839 (Office)
216-348-5474 (Facsimile)
rblake@mcdonaldhopkins.com
jarmstrong@mcdonaldhopkins.com
*Attorneys for Defendant*
*Miami-Luken, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2018, the foregoing **Notice Of Appearance Of Counsel For Defendant Miami-Luken, Inc.** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.


/s/ Jennifer D. Armstrong
RICHARD H. BLAKE (0083374)
JENNIFER D. ARMSTRONG (0081090)
*Attorneys for Defendant*
*Miami-Luken, Inc.*

Motion No.  <u>4693998</u>



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**MOTION FOR EXTENSION OF TIME**
June 18, 2018 12:41

By: RICHARD H. BLAKE 0083374

Confirmation Nbr. 1414683

CITY OF PARMA HEIGHTS                          CV 18 898654

       vs.

PURDUE PHARMA L.P., ET AL.                  **Judge:**  DAVID T. MATIA

**Pages Filed:**  3

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

THE CITY OF PARMA HEIGHTS ) Case No.: CV-18-898654
)
               Plaintiff, ) JUDGE: DAVID T. MATIA
)
v. ) **DEFENDANT MIAMI-LUKEN'S**
) **UNOPPOSED MOTION FOR**
MIAMI-LUKEN, INC., et al. ) **EXTENSION OF TIME TO RESPOND**
) **TO COMPLAINT**
               Defendants. )
)
)
)

       Defendant, Miami-Luken, Inc. ("Miami-Luken") respectfully requests a forty-five (45) day extension of time, through and including August 18, 2018, to file a response to Plaintiff's Complaint. The undersigned counsel for Defendant has consulted with Plaintiff's counsel regarding this request, and Plaintiff's counsel does not oppose this Motion.

       Accordingly, Miami-Luken respectfully requests that this Court issue an Order granting this Unopposed Motion for Extension of Time and extend the time for Miami-Luken to respond to Plaintiff's Complaint to August 18, 2018. A proposed Order is being submitted to the Court.

Respectfully Submitted,

/s/ Richard H. Blake
**Richard H. Blake** (0083374)
**Jennifer D. Armstrong** (0081090)
MCDONALD HOPKINS
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
216-348-5839 (Office)
216-348-5474 (Facsimile)
rblake@mcdonaldhopkins.com
jarmstrong@mcdonaldhopkins.com
*Attorneys for Defendant*
*Miami-Luken, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2018, the foregoing **Unopposed Motion for Extension of Time** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Richard H. Blake
RICHARD H. BLAKE (0083374)
JENNIFER D. ARMSTRONG (0081090)
*Attorneys for Defendant*
*Miami-Luken, Inc.*

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| THE CITY OF PARMA HEIGHTS | ) | Case No.: CV-18-898654 |
| | ) | |
| Plaintiff, | ) | JUDGE: DAVID T. MATIA |
| | ) | |
| v. | ) | |
| | ) | |
| MIAMI-LUKEN, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint for an additional forty-five (45) days through August 18, 2018 is hereby granted.

_____

JUDGE DAVID T. MATIA



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**NOTICE OF APPEARANCE**
**June 18, 2018 13:25**

By: VINCENT I. HOLZHALL 0074901

Confirmation Nbr. 1414759

| | |
|---|---|
| CITY OF PARMA HEIGHTS | CV 18 898654 |
| vs. | |
| PURDUE PHARMA L.P., ET AL. | **Judge:**  DAVID T. MATIA |

**Pages Filed:**  4

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

THE CITY OF PARMA HEIGHTS,      :
      :
           Plaintiff,      :
      :      CASE NO. 18 CV 8986574
      vs.      :
      :      JUDGE MATIA
PURDUE PHARMA L.P., *et al,*      :
      :
           Defendants.      :

### NOTICE OF APPEARANCE OF
### VINCENT I. HOLZHALL AND ALANA VALLE TANOURY

The Court and parties hereto will take notice that Vincent I. Holzhall and Alana Valle Tanoury of Steptoe & Johnson PLLC, 41 South High Street, Suite 2200, Columbus, Ohio 43215, telephone (614) 221-5100, hereby enter their appearance as counsel of record for Defendant McKesson Corporation ("McKesson"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for McKesson.

           /s/ Vincent I. Holzhall
           Vincent I. Holzhall (0074901)
           Alana Valle Tanoury (0092265)
           **STEPTOE & JOHNSON PLLC**
           41 South High Street, Suite 2200
           Columbus, Ohio 43215
           (614) 221-5100 phone; (614) 221-0952 fax
           vince.holzhall@steptoe-johnson.com
           alana.tanoury@steptoe-johnson.com
           *Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Notice of Appearance of Vincent I. Holzhall and Alana Valle Tanoury* was served by regular U.S. mail this 18th day of June, 2018, upon the following:

John R. Climaco, Esq.
Climaco, Wilcox, Peca & Garofoli, Co., LPA
55 Public Square, Suite 1950
Cleveland, OH  44113
*Counsel for Plaintiff*

D. Scott Kalish
Kalish Law LLC
1468 W. 9th Street #405
Cleveland, OH  44113
*Counsel for Plaintiff*

Paul J. Napoli
Hunter J. Shkolnik
Joseph L. Ciaccio
Salvatore C. Badala
Shayna E. Sacks
Napoli, Shkolknik, PPLC
400 Broadhollow Road
Suite 350
Melville, NY  11747
*Counsel for Plaintiff*

Michael W. Czack
The Czack Law Firm, LLC
1360 W. Ninth Street
Suite 300
Cleveland, OH  44113
*Counsel for Plaintiff*

Patrick G. Warner
Leist Warner, LLC
513 E. Rich Street #201
Columbus, OH  43215
*Counsel for Plaintiff*

PURDUE PHARMA INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

PURDUE PHARMA L.P.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

THE PURDUE FREDERICK COMPANY, INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

TEVA PHARMACEUTICALS USA, INC.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

CEPHALON, INC.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
N/K/A JANSSEN  PHARMACEUTICALS,
INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

JANSSEN PHARMACEUTICA, INC. N/K/A
JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ENDO PHARMACEUTICALS, INC.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

ALLERGAN PLC F/K/A ACTAVIS PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43215

ACTAVIS, INC. F/K/A WATSON
PHARMACEUTICALS, INC.
Corporate Creations Network, Inc.
119 E. Court Street
Cincinnati, Ohio 45202

WATSON LABORATORIES, INC.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

ACTAVIS LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

ACTAVIS PHARMA, INC.
F/K/A WATSON PHARMA, INC.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

ENDO HEALTH SOLUTIONS INC.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

INSYS THERAPEUTICS, INC.
1333 S. Spectrum Blvd #100
Chandler, AZ  85286

CARDINAL HEALTH, INC.
7000 Cardinal Place
Dublin, Ohio 43017

AMERISOURCEBERGEN CORPORATION
1300 East Ninth Street
Cleveland, OH 44114

CVS HEALTH CORPORATION
1 CVS Drive
Woonsocket, RI  02895

WALGREENS BOOTS ALLIANCE, INC. AKA
WALGREEN CO.
108 Deerfield, IL  60015

WAL-MART INC. FKA WAL-MART
STORES, INC.
702 SW 8th Street
Bentonville, AR  72716

RITEAID OF MARYLAND, INC. DBA
RITEAID MID-ATLANTA CUSTOMER
SUPPORT CENTER, INC.
101 Reisterstown Road
Pikesville, MD  21208

MIAMI-LUKEN, INC.
265 Pioneer Blvd.
Springboro, OH  45066

PERRY FINE
615 Arapeen Way, Suite 155
Salt Lake City, UT  84132

SCOTT FISHMAN
2221 Stockton Blvd.
Sacramento, CA  95817

LYNN WEBSTER
PRA Health Sciences
3838 S 700 E #202
Salt Lake City, UT  84106

/s/ Vincent I. Holzhall
Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)



104300338

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

CITY OF PARMA HEIGHTS
 Plaintiff

PURDUE PHARMA L.P., ET AL.
 Defendant

Case No: CV-18-898654

Judge: DAVID T MATIA

## <u>JOURNAL ENTRY</u>

95 DISP. TRANSJG - FINAL, 02 RE-ASSIGNED

CAPTIONED CASE BEING ORIGINALLY ASSIGNED TO JUDGE DAVID T MATIA (329) AND FOR GOOD CAUSE
SHOWN, THIS MATTER IS HEREBY REASSIGNED AND TRANSFERRED TO THE DOCKET OF JUDGE TIMOTHY
MCCORMICK (316) FOR FURTHER PROCEEDINGS ACCORDING TO LAW.

ADMINISTRATIVE JUDGE
JOHN J RUSSO

_____
   Judge Signature     06/20/2018

TRAN - 02
06/20/2018



104327396

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

CITY OF PARMA HEIGHTS
    Plaintiff

Case No: CV-18-898654

Judge: TIMOTHY MCCORMICK

PURDUE PHARMA L.P., ET AL.
    Defendant

## **JOURNAL ENTRY**

DEFENDANT MIAMI-LUKEN'S (D25) UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO
COMPLAINT IS GRANTED. OSJ.

_____

Judge Signature            Date

FILED
2018 JUN 22  P 12: 58
CLERK OF COURTS
CUYAHOGA COUNTY

06/21/2018

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| THE CITY OF PARMA HEIGHTS | ) | Case No.: CV-18-898654 |
| | ) | |
| Plaintiff, | ) | JUDGE: ~~DAVID T. MATIA~~ |
| | ) | Timothy McCormick |
| v. | ) | |
| | ) | |
| MIAMI-LUKEN, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's

Complaint for an additional forty-five (45) days through August 18, 2018 is hereby granted.

_____

JUDGE ~~DAVID T. MATIA~~

Timothy McCormick

Motion No. <u>4695919</u>



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**MOTION FOR EXTENSION OF TIME**
June 25, 2018 12:13

By: VINCENT I. HOLZHALL 0074901

Confirmation Nbr. 1421310

CITY OF PARMA HEIGHTS

vs.

PURDUE PHARMA L.P., ET AL.

CV 18 898654

**Judge:** TIMOTHY MCCORMICK

**Pages Filed:** 5

**IN THE COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

THE CITY OF PARMA HEIGHTS,           :
                                     :
                    Plaintiff,       :
                                     :       CASE NO. CV-18-898654
        vs.                          :
                                     :       JUDGE McCORMICK
PURDUE PHARMA L.P., *et al,*          :
                                     :
                    Defendants.      :

**DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 8.0(C), Defendants McKesson Corporation and Cardinal Health, Inc. ("Distributor Defendants"),  jointly and with the consent of Plaintiff The City of Parma Heights, hereby request a sixty (60) day extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until and including September 3, 2018.

Distributor Defendants are working diligently to compile the necessary information to properly respond to Plaintiff's allegations.  Distributor Defendants have conferred with Plaintiff regarding this motion, and, given the length and complexity of the Complaint, Plaintiff's counsel agreed to an extension of time to answer, move, or otherwise respond.

Wherefore, Distributor Defendants respectfully request that the Court grant their motion for an extension of time through and including September 3, 2018, to answer, move, or otherwise respond to the Complaint. An Agreed Order and Entry providing this extension is attached hereto.

Dated: June 25, 2018

Respectfully submitted,

*/s/ Vincent I. Holzhall*

_____

Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio 43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

*/s/ Joseph F. Murray*
(per email auth. of 6/19/18 by V.I.H.)

_____

Joseph F. Murray (0063373)
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin Road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*

AGREED TO BY:

*/s/ Salvatore C. Badala*
(per email auth. of 6/23/18 by V.I.H.)

_____

John R. Climaco, Esq.
Climaco, Wilcox, Peca & Garofoli, Co., LPA
55 Public Square, Suite 1950
Cleveland, OH 44113
*Counsel for Plaintiff*

Paul J. Napoli
Hunter J. Shkolnik
Joseph L. Ciaccio
Salvatore C. Badala
Shayna E. Sacks
Napoli, Shkolknik, PPLC
400 Broadhollow Road, Suite 350
Melville, NY 11747
*Counsel for Plaintiff*

D. Scott Kalish
Kalish Law LLC
1468 W. 9th Street #405
Cleveland, OH 44113
*Counsel for Plaintiff*

Michael W. Czack
The Czack Law Firm, LLC
1360 W. Ninth Street. Suite 300
Cleveland, OH 44113
*Counsel for Plaintiff*

Patrick G. Warner
Leist Warner, LLC
513 E. Rich Street #201
Columbus, OH 43215
*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing ***Distributor Defendants' Consent Motion for***

***Extension of Time to Respond to Complaint*** was served by regular U.S. mail this 25th day of

June, 2018, upon the following:

| | |
|---|---|
| John R. Climaco, Esq.<br>Climaco, Wilcox, Peca & Garofoli, Co., LPA<br>55 Public Square, Suite 1950<br>Cleveland, OH  44113<br>*Counsel for Plaintiff* | D. Scott Kalish<br>Kalish Law LLC<br>1468 W. 9th Street #405<br>Cleveland, OH  44113<br>*Counsel for Plaintiff* |
| Paul J. Napoli<br>Hunter J. Shkolnik<br>Joseph L. Ciaccio<br>Salvatore C. Badala<br>Shayna E. Sacks<br>Napoli, Shkolknik, PPLC<br>400 Broadhollow Road<br>Suite 350<br>Melville, NY  11747<br>*Counsel for Plaintiff* | Michael W. Czack<br>The Czack Law Firm, LLC<br>1360 W. Ninth Street<br>Suite 300<br>Cleveland, OH  44113<br>*Counsel for Plaintiff*<br><br>Patrick G. Warner<br>Leist Warner, LLC<br>513 E. Rich Street #201<br>Columbus, OH  43215<br>*Counsel for Plaintiff* |
| PURDUE PHARMA INC.<br>c/o The Prentice Hall Corporation<br>2711 Centerville Road<br>Wilmington, DE 19808 | PURDUE PHARMA L.P.<br>c/o The Prentice Hall Corporation<br>2711 Centerville Road<br>Wilmington, DE 19808 |
| THE PURDUE FREDERICK COMPANY, INC.<br>c/o The Prentice Hall Corporation<br>2711 Centerville Road<br>Wilmington, DE 19808 | TEVA PHARMACEUTICALS USA, INC.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Wilmington, DE 19180 |
| CEPHALON, INC.<br>c/o Corporate Creations Network Inc.<br>3411 Silverside Road<br>Wilmington, DE 19180 | JOHNSON & JOHNSON<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08933 |

8062081
Electronically Filed 06/25/2018 12:13 / MOTION / CV 18 898654 / Confirmation Nbr. 1421310 / CLCCB

JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
N/K/A JANSSEN  PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ENDO PHARMACEUTICALS, INC.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

ALLERGAN PLC
F/K/A ACTAVIS PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43215

ACTAVIS, INC.
F/K/A WATSON PHARMACEUTICALS, INC.
Corporate Creations Network, Inc.
119 E. Court Street
Cincinnati, Ohio 45202

WATSON LABORATORIES, INC.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

ACTAVIS LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

ACTAVIS PHARMA, INC.
F/K/A WATSON PHARMA, INC.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

ENDO HEALTH SOLUTIONS INC.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

INSYS THERAPEUTICS, INC.
1333 S. Spectrum Blvd #100
Chandler, AZ  85286

CARDINAL HEALTH, INC.
7000 Cardinal Place
Dublin, Ohio 43017

AMERISOURCEBERGEN CORPORATION
1300 East Ninth Street
Cleveland, OH 44114

CVS HEALTH CORPORATION
1 CVS Drive
Woonsocket, RI  02895

WALGREENS BOOTS ALLIANCE, INC.
AKA WALGREEN CO.
108 Wilmot Road
Deerfield, IL 60015

WAL-MART INC.
FKA WAL-MART STORES, INC.
702 SW 8th Street
Bentonville, AR  72716

RITEAID OF MARYLAND, INC.
DBA RITEAID MID-ATLANTA CUSTOMER
SUPPORT CENTER, INC.
101 Reisterstown Road
Pikesville, MD  21208

Jennifer D. Armstrong
Richard H. Blake
McDonald Hopkins
600 Superior Ave., East, Ste. 2100
Cleveland, OH 44114
*Counsel for Defendant Miami-Luken, Inc.*

4

PERRY FINE
615 Arapeen Way, Suite 155
Salt Lake City, UT  84132

SCOTT FISHMAN
2221 Stockton Blvd.
Sacramento, CA  95817

LYNN WEBSTER
PRA Health Sciences
3838 S 700 E #202
Salt Lake City, UT  84106

*/s/ Vincent I. Holzhall*

Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)

5



104381767

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

CITY OF PARMA HEIGHTS
    Plaintiff

Case No: CV-18-898654

Judge: TIMOTHY MCCORMICK

PURDUE PHARMA L.P., ET AL.
    Defendant

## JOURNAL ENTRY

DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT IS GRANTED. OSJ.

_____
Judge Signature          Date

FILED
2018 JUN 27  P 12: 35
CLERK OF COURTS
CUYAHOGA COUNTY

06/26/2018

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

THE CITY OF PARMA HEIGHTS,                    :

              Plaintiff,                    :

                        :        CASE NO. 18 CV 898654

    vs.                    :

                        :        JUDGE McCORMICK

PURDUE PHARMA L.P., *et al,*                    :

            Defendants.                    :

## ORDER GRANTING CONSENT MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter comes before the Court upon the consent motion of Defendants McKesson Corporation and Cardinal Health, Inc. ("Distributor Defendants") for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint.  Pursuant to Local Rule 8.0(C), and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Distributor Defendants shall have until and including September 3, 2018, to serve their responsive motions or pleadings.

**IT IS SO ORDERED.**

_6/26/18_
Date

JUDGE TIMOTHY McCORMICK

8062103

Approved:

*/s/ Vincent I. Holzhall*

_____

Vincent I. Holzhall (0074901)
Alana Valle Tanoury (0092265)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio  43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
alana.tanoury@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*


*/s/ Joseph F. Murray*
(per email auth. of 6/19/18 by V.I.H.)

_____

Joseph F. Murray (0063373)
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*


*/s/ Salvatore C. Badala*
(per email auth. of 6/23/18 by V.I.H.)

_____

John R. Climaco, Esq.
Climaco, Wilcox, Peca & Garofoli, Co., LPA
55 Public Square, Suite 1950
Cleveland, OH  44113
*Counsel for Plaintiff*

Paul J. Napoli
Hunter J. Shkolnik
Joseph L. Ciaccio
Salvatore C. Badala
Shayna E. Sacks
Napoli, Shkolknik, PPLC
400 Broadhollow Road
Suite 350
Melville, NY  11747
*Counsel for Plaintiff*

D. Scott Kalish
Kalish Law LLC
1468 W. 9th Street #405
Cleveland, OH  44113
*Counsel for Plaintiff*

Michael W. Czack
The Czack Law Firm, LLC
1360 W. Ninth Street
Suite 300
Cleveland, OH  44113
*Counsel for Plaintiff*

Patrick G. Warner
Leist Warner, LLC
513 E. Rich Street #201
Columbus, OH  43215
*Counsel for Plaintiff*

2

8062103

Motion No.  <u>4696720</u>



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**MOTION FOR EXTENSION OF TIME**
June 27, 2018 21:52

By: TERA N. COLEMAN 0090544

Confirmation Nbr. 1424586

CITY OF PARMA HEIGHTS                    CV 18 898654

    vs.

PURDUE PHARMA L.P., ET AL.              **Judge:**  TIMOTHY MCCORMICK

**Pages Filed:**  4

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| CITY OF PARMA HEIGHTS, | ) | CASE NO. CV 18 898654 |
| | ) | |
| Plaintiff, | ) | JUDGE TIMOTHY MCCORMICK |
| | ) | |
| v. | ) | |
| | ) | **CONSENT MOTION FOR EXTENSION OF** |
| PURDUE PHARMA L.P., *et al.*, | ) | **TIME TO RESPOND TO COMPLAINT** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Endo Pharmaceuticals Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Endo Health Solutions Inc., and Insys Therapeutics, Inc. (collectively, the "Manufacturer Defendants"), jointly and with the consent of Plaintiff City of Parma Heights, hereby request an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint up to and including September 3, 2018. Undersigned counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. have been authorized to seek this extension on behalf of all of the above-listed Manufacturer Defendants.

The Manufacturer Defendants are working diligently to compile the necessary information to properly respond to Plaintiff's allegations. The Parties conferred about this motion, and given the length and complexity of the Complaint, Plaintiff's counsel authorized defense counsel to advise the Court that Plaintiff consents to the Manufacturer Defendants' joint request for this

extension of time. No prior extension of time has been sought or obtained by the Manufacturer Defendants.

Wherefore, the Manufacturer Defendants respectfully request that the Court grant their motion and grant them an extension of time through and including September 3, 2018, to answer, move, or otherwise respond to the Complaint. An Agreed Order and Entry providing this extension is attached hereto.

Dated: June 27, 2018

Respectfully submitted,

/s/ Tera N. Coleman
Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
Facsimile: 216.696.0740
crendon@bakerlaw.com
tcoleman@bakerlaw.com

*Attorneys for Defendants Endo Health
Solutions Inc. and Endo Pharmaceuticals Inc.
and on behalf of all of the Manufacturer
Defendants for purposes of this Motion*

AGREED TO BY:

/s/Salvatore Badala, per email consent on 6/26/2018

Salvatore C. Badala
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road – Suite 350
Melville, New York 11747

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Consent Motion for Extension of Time to Respond to Complaint* was filed electronically on June 27, 2018.  Notice of this filing will be automatically served by the e-Filing System upon the following:

**John R. Climaco**
CLIMACO, WILCOX, PECA &
GAROFOLI, C.O., L.P.A
55 Public Square, Suite 1950
Cleveland, OH 44113

**Paul J. Napoli**
**Hunter J. Shkolnik**
**Joseph L. Ciaccio**
**Salvatore C. Badala**
**Shayna E. Sacks**
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road – Suite 350
Melville, NY 11747

**Michael W. Czack**
THE CZACK LAW FIRM, LLC
1360 w. Ninth Street, Suite 300
Cleveland, Ohio 44113

**Patrick G. Warner**
LEIST WARNER LLC
513 E. Rich Street, #201
Columbus, OH 43215

**D. Scott Kalish**
KALISH LAW LLC
1468 W. 9th Street, #405
Cleveland, OH 44113

*Attorneys for Plaintiff*

**Vincent I. Holzhall**
**Alana Valle Tanoury**
STEPTOE & JOHNSON PLLC
41 S. High Street, Suite 2200
Columbus, OH 43215

*Attorneys for Defendants McKesson Corporation and Cardinal Health, Inc.*

**Richard H. Blake**
**Jennifer Armstrong**
600 Superior Avenue
Suite 2100
Cleveland, OH 44114

*Attorneys for Defendant Miami-Luken, Inc.*

I hereby certify that a copy of the foregoing *Consent Motion for Extension of Time to Respond to Complaint* was served by regular U.S. Mail on June 27, 2018 upon the following:

**CVS Health Corporation**
1 CVS Drive
Woonsocket, Ri 02895

**Walgreens Boots Alliance, Inc. Aka Walgreen Co**.
108 Wilmot Road
Deerfield, Il 60015

**Tyler Tarney**
**Gregory D. Brunton**
GORDON & REES LLP
41 South High Street, Suite 2495
Columbus, OH 43215

*Attorneys for Defendants Perry Fine, Scott Fishman and Lynn Webster*

**Riteaid of Maryland, Inc. Dba Riteaid**
**Mid-Atlantic Customer Support Center,**
**Inc.**
101 Reisterstown Road
Pikesville, Md 21208-0000

**Amerisourcebergen Corporation**
c/o The Corporation Trust Company, Statutory
Agent
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

/s/ Tera N. Coleman
Tera N. Coleman (0090544)
*One of the Attorneys for Defendants Endo Health Solutions Inc.*
*and Endo Pharmaceuticals Inc. and on behalf of all of the*
*Manufacturer Defendants for purposes of this Motion*



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**NOTICE OF APPEARANCE**
**July 2, 2018 16:21**

By: TYLER G. TARNEY 0089082

Confirmation Nbr. 1428367

CITY OF PARMA HEIGHTS                                     CV 18 898654

      vs.

PURDUE PHARMA L.P., ET AL.                **Judge:**  TIMOTHY MCCORMICK

**Pages Filed:**  5

# IN THE COMMON PLEAS COURT
## CUYAHOGA COUNTY, OHIO

|  |  |
|---|---|
| City of Parma Heights, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Purdue Pharma L.P., *et al.* | ) |
| | ) |
| Defendants. | ) |

Case No. CV 18 898654

Judge Timothy McCormick

## <u>NOTICE OF APPEARANCE</u>

Now come Attorneys Tyler Tarney, Gregory Brunton, and Carrie Thiem of the law firm Gordon & Rees LLP, and hereby give notice to this Court and to all parties that they enter their appearance as counsel of record for Defendants Perry Fine, Scott Fishman and Lynn Webster. Please direct copies of all future pleadings, correspondence, and papers to all of undersigned counsel.

Respectfully submitted,

*/s/ Tyler Tarney*
Gregory D. Brunton   (0061722)
Tyler Tarney         (0089082)
Carrie E. Thiem      (0093657)
**GORDON & REES LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340 -5558 / F: (614) 360-2130
gbrunton@grsm.com
ttarney@grsm.com
cthiem@grsm.com
*Attorneys for Defendants Perry Fine, Scott Fishman and Lynn Webster*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court on the 2nd day July 2018, and

served via electronic mail or U.S. regular mail, postage prepaid, upon the following:

JOHN R CLIMACO
Climaco, Wilcox, Peca & Garofoli, Co.,
L.P.A.
55 Public Square, Suite 1950
Cleveland, OH 44113
Ph: 216-621-8484
jrclim@climacolaw.com

Paul J. Napoli
pnapoli@napolilaw.com
Joseph L. Ciaccio
jcaiaccio@napolilaw.com
Salvatore C. Badala
sbadala@napolilaw.com
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road — Suite 350
Melville, New York 11747
Telephone: (212) 397-1000

Patrick G Warner
Leist Warner, LLC
513 E. Rich Streeet, #201
Columbus, OH 43215
Ph: 614-222-1000
pwarner@leistwarner.com

Michael W. Czack
The Czack Law Firm, LLC
1360 West 9th Street, Suite 300
Cleveland, OH 44113
Ph: 216-696-9216
mczack@czacklaw.com

Daniel Scott Kalish
Kalish Law LLC
1468 West 9th Street, Suite 405
Cleveland, OH 44113
Ph: 216-502-0570
scottkalishcollc@cs.com
*Attorneys for Plaintiff*

Daniel J. Buckley
VORYS, SATER, SEYMOUR and PEASE
LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
(513) 723-4002
djbuckley@vorys.com

Patrick J. Fitzgerald
R. Ryan Stoll
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10036
(212) 735-3000
patrick.fitzgerald@skadden.com
ryan.stoll@skadden.com

-and-
155 North Wacker Drive
Chicago, IL 60606
(312) 407-0700
*Attorneys for Defendants Purdue Pharma
L.P., Purdue Pharma Inc., and The Purdue
Frederick Company, Inc.*

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-7455
wendy.feinstein@morganlewis.com

Tinos Diamantatos
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
(312) 324-1145

tinos.diamantatos@morganlewis.com

Steven A. Reed
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
steven.reed@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
brian.ercole@morganlewis.com
*Attorneys for Defendants Teva
Pharmaceuticals USA, Inc., Cephalon, Inc.,
Watson Laboratories, Inc., Actavis LLC, and
Actavis Pharma, Inc. f/k/a Watson Pharma,
Inc.*

John Q. Lewis
Justin E. Rice
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
T: (216) 592-5000/F: (216) 592-5009
john.lewis@tuckerellis.com

Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com
*Attorneys for Defendants Johnson &
Johnson, Janssen Pharmaceuticals, Inc.,
Ortho-Mcneil-Janssen Pharmaceuticals,
Inc. n/k/a Janssen Pharmaceuticals, Inc.,
and Janssen Pharmaceutica, Inc. n/k/a
Janssen Pharmaceuticals, Inc.*

Carole S. Rendon
Tera N. Coleman
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000

Cleveland, OH 44114-1214
(216) 621-0200
crendon@bakerlaw.com
tcoleman@bakerlaw.com

Ingo W. Sprie, Jr.
ARNOLD & PORTER KAYE SCHOLER
LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Ingo.Sprie@apks.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER
LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@apks.com
*Attorneys for Endo Health Solutions Inc.
and Endo Pharmaceuticals Inc.*

John R. Mitchell
Stacey A. Greenwell
Andrea B. Daloia
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
T: 216-556-5500/F: 216-556-5800
John.Mitchell@ThompsonHine.com
Stacey.Greenwell@ThompsonHine.com
Andrea.Daloia@ThompsonHine.com

Donna Welch, P.C.
Martin L. Roth
Timothy Knapp
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com
martin.roth@kirkland.com
timothy.knapp@kirkland.com

Jennifer G. Levy, P.C.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000
jennifer.levy@kirkland.com
*Attorneys for Defendants Allergan PLC f/k/a*
*Actavis plc, and Actavis, Inc. n/k/a Allergan*
*Finance, LLC f/k/a Watson*
*Pharmaceuticals, Inc.*

J. Matthew Donohue
Joseph L. Franco
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
T: 503.243.2300/F: 503.241.8014
matt.donohue@hklaw.com
joe.franco@hklaw.com
*Attorneys for Defendant Insys Therapeutics,*
*Inc.*

Vincent I. Holzhall
Alana Valle Tanoury
Steptoe & Johnson PLLC
41 S. High Street, Suite 2200
Columbus, OH 43215
T: 614.458.9828 / F: 614.221.0952
vince.holzhall@steptoe-johnson.com
*Attorney for Defendant McKesson*
*Corporation*

Joseph F. Murray
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
T: 614.488.0400 / F: 614.488.0401
murray@mmmb.com
*Attorney for Defendant Cardinal Health,*
*Inc.*

Mark W. Bernlohr
Sandra K. Zerrusen
Aaron E. McQueen
Andrew N. Schock

JACKSON KELLY PLLC
50 South Main Street, Suite 201
Akron, OH 44308
T: (330) 252-9060/F: (330) 252-9078
mwbernlohr@jacksonkelly.com
skzerrusen@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

Alvin L. Emch
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
P.O. Box 553
Charleston, WV 25322
(304) 340-1000
aemch@jacksonkelly.com
*Attorneys for Defendant AmerisourceBergen*
*Corporation*

CVS Health Corporation
1 CVS Drive
Woonsocket, RI 02895

Walgreens Boots Alliance, Inc.
aka Walgreen Co.
108 Wilmot Road
Deerfield, IL 60015

Wal-Mart Inc.
fka Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716-0000

Riteaid of Maryland, Inc.
dba Riteaid Mid-Atlantic
Customer Support Center, Inc.
101 Reisterstown Road
Pikesville, MD 21208-0000

Thomas J. Hurney
Laurie K. Miller
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25322

(304) 340-1000
thurney@jacksonkelly.com
lmiller@jacksonkelly.com

Clay K. Keller
JACKSON KELLY PLLC
50 South Main Street, Suite 201
Akron, Ohio 44308
Tel: (330) 252-9060/Fax: (330) 252-9078
ckkeller@jacksonkelly.com
*Attorneys for Defendant Miami-Luken, Inc.*

/s/ Tyler Tarney
Gregory D. Brunton    (0061722)
Tyler Tarney          (0089082)
Carrie E. Thiem       (0093657)



104462960

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

CITY OF PARMA HEIGHTS
    Plaintiff

Case No: CV-18-898654

Judge: TIMOTHY MCCORMICK

PURDUE PHARMA L.P., ET AL.
    Defendant

## **JOURNAL ENTRY**

THE DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT IS GRANTED. THE DISTRIBUTOR DEFENDANTS SHALL HAVE UNTIL AND INCLUDING SEPTEMBER 3, 2018 TO SERVE THEIR RESPONSIVE MOTIONS OR PLEADINGS.
THIS ENTRY TAKEN BY JUDGE MICHAEL E JACKSON.

_____
Judge Signature                 07/02/2018

07/02/2018